# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 16 WAL 2016

                   : 

           Respondent   :   Petition for Allowance of Appeal from

                   :   the Order of the Superior Court

                   : 

          v.            : 

                   : 

                   : 

GREGORY RICHARD SPENCE,   : 

                   : 

          Petitioner   : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.